473 A.2d 696

Commonwealth v. Scott, Appellant.

Submitted September 30, 1983. David G. Metinko, Assistant Public Defender, for appellant; Dara A. DeCourcy, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and POPOVICH, JJ.

Judgment of sentence affirmed.

473 A.2d 697

Commonwealth v. Sike, Appellant.

Submitted June 15, 1983. Richard R. Finn, for appellant; William F. Mabon, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, President Judge, and McEWEN and HOFFMAN, JJ.

Judgment of sentence affirmed.